GEORGE KALB, Respondent, *v.* AGNES F. REDWOOD, Appellant.

*Kalb* v. *Redwood*, 147 App. Div. 77, affirmed.
(Argued February 7, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 25, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover

for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*George L. Shearer* for appellant.

*Nathaniel S. Corwin* and *George V. S. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J , GRAY, WILLARD BARTLETT, HISCOCK, CUDDEBACK, HOGAN and MILLER, JJ.